IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No.   7:20-CV-94(WLS) |
| | * |
| WAL-MART STORES EAST LP (DELAWARE), | * |
| Defendant. | * |

_____

**J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of September, 2020.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk